UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CRIMINAL NO. 25-MJ-61 |
| v. | : | |
| | : | |
| **PRASAN NEPAL** | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for the defendant has reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

By: /s/ Alexandra Hughes
Alexandra S. Hughes
D.C. Bar No. 1531596
Karen Shinskie
D.C. Bar No. 1023004
John Korba
D.C. Bar No. 1010303
Assistant United States Attorneys
United States Attorney's Office
601 D Street N.W.
Washington, D.C. 20530

1