AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

PRASAN NEPAL,
aka "TRIPPY,"

*Defendant*

Case: 1:25-mj-00061
Assigned To : Faruqui, Zia M.
Assign. Date : 4/15/2025
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Prasan Nepal aka "Trippy,"                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☑ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252A(g) (Child Exploitation Enterprise)

Date:    04/15/2025

*Issuing officer's signature*

City and state:    Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 04/22/2025 , and the person was arrested on *(date)* 04/22/2025
at *(city and state)*   GREENSBORO, NC   .

Date: 04/23/2025

*Arresting officer's signature*

NICHOLAS L. COMBS   FBI TFO
*Printed name and title*