AO 442 (Rev. 11/11) Arrest Warrant                    NNKV

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

PRASAN NEPAL,
aka "TRIPPY,"

Defendant

)
)
)
)
)
)
)

Case: 1:25-mj-00061
Assigned To : Faruqui, Zia M.
Assign. Date : 4/15/2025
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Prasan Nepal aka "Trippy,"
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252A(g) (Child Exploitation Enterprise)

Date:     04/15/2025

*Issuing officer's signature*

City and state:     Washington, D.C.

Zia M. Faruqui,  U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 4/15/25 , and the person was arrested on *(date)* 4/23/25
at *(city and state)* Durham  NC

Date: 5/21/25

*Arresting officer's signature*

Ross Kubla
*Printed name and title*